**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GERTZ, CANDACE § Case No. 08-28978
§
§
Debtors §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ILENE F. GOLDSTEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| The Final Report shows receipts of | $ 27,513.37 |
| and approved disbursements of | $ 24.03 |
| leaving a balance of | $ 27,489.34 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 2,862.54 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 3,807.50 | $ 75.00 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,601.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $ 51.77 | $ 51.77 |
| 2 | Asset Acceptance LLC | $ 599.42 | $ 599.42 |
| 3 | PYOD, LLC its successors and assigns as assignee | $ 666.79 | $ 666.79 |
| 4 | Recovery Management Systems Corporation | $ 3,490.65 | $ 3,490.65 |
| 5 | CHASE BANK USA | $ 923.09 | $ 923.09 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | $ 467.74 | $ 467.74 |
| 7 | eCAST Settlement Corporation assignee of CAPITAL ONE BANK | $ 597.77 | $ 597.77 |

**UST Form 101-7-NFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | (USA), N.A. | $ 2,128.98 | $ 2,128.98 |
| 9 | CAPITAL ONE BANK (USA), N.A. | $ 2,526.05 | $ 2,526.05 |
| 10 | CAPITAL ONE BANK (USA), N.A. | $ 1,136.36 | $ 1,136.36 |
| 11 | LVNV Funding LLC | $ 1,012.65 | $ 1,012.65 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1I | Asset Acceptance LLC | $ 2.90 | $ 2.90 |
| 2I | Asset Acceptance LLC | $ 33.55 | $ 33.55 |
| 3I | PYOD, LLC its successors and assigns as assignee | $ 37.32 | $ 37.32 |
| 4I | Recovery Management Systems Corporation | $ 195.38 | $ 195.38 |
| 5I | CHASE BANK USA | $ 51.67 | $ 51.67 |
| 6I | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | $ 26.18 | $ 26.18 |
| 7I | eCAST Settlement Corporation assignee of | $ 33.46 | $ 33.46 |
| 8I | CAPITAL ONE BANK (USA), N.A. | $ 119.16 | $ 119.16 |
| 9I | CAPITAL ONE BANK (USA), N.A. | $ 141.39 | $ 141.39 |
| 10I | CAPITAL ONE BANK (USA), N.A. | $ 63.61 | $ 63.61 |
| 11I | LVNV Funding LLC | $ 56.68 | $ 56.68 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,380.54.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00 on 08/28/2009 in Courtroom B, United States Courthouse,
301 Greenleaf Avenue
Park City, IL 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  07/20/2009         By:  /s/ILENE F. GOLDSTEIN
                                             Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 1                  Date Rcvd: Jul 21, 2009
Case: 08-28978                 Form ID: pdf006              Total Noticed: 28

The following entities were noticed by first class mail on Jul 23, 2009.
 db           +Candace Gertz,   1894 Buckeridge Ct.,   Gurnee, IL 60031-6329
 aty          +Ilene F Goldstein,   Ilene F Goldstein Chartered,   850 Central Avenue,   Suite 200,
                Highland Park, IL 60035-3278
 aty          +John P Carlin,   Chang & Carlin,   1305 Remmington Road; Suite C,   Schaumburg, IL 60173-4820
 tr           +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
                Highland Park, IL 60035-3278
12757783       Avenue,   PO Box 659584,   San Antonio, TX 78265-9584
13485568      +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
                NORCROSS, GA 30091-5155
12997184      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12757785       Capital One,   P.O. Box 60024,   City Of Industry, CA 91716-0024
12757784      +Capital One,   P.O. Box 70886,   Charlotte, NC 28272-0886
12757786       Capital One,   P.O. Box 5294,   Carol Stream, IL 60197-5294
12757787       Catherines,   P.O Box 856044,   Louisville, KY 40285-6044
12757788       Chase BP,   PO Box 15325,   Wilmington, DE 19886-5325
12757789      +Citi Cards,   P.O. Box 688940,   Des Moines, IA 50368-8940
12757790       HSBC Card ServicesOrchard Bank Gold,   PO Box 17051,   Baltimore, MD 21297-1051
12757793       National Enterprise Systems,   29125 Solon Rd,   Solon, OH 44139-3442
12976709       PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
13025564       SPIRIT OF AMERICA NATIONAL BANK/CATHERINES,   FIRST EXPRESS,   PO BOX 856044,
                LOUISVILLE, KY  40285-6044
12757794       Sears Card,   P.O. Box 183081,   Columbus, OH 43218-3081
12757795      +United Recover Service,   P.O. Box 722929,   Houston, TX 77272-2929
12757796      +United Recover Service,   5800 North Course Drive,   Houston, TX 77072-1613
12757797      +VCS,   7500 Office Ridge Circle,   Eden Prairie, MN 55344-3782
12757798       Washington Mutual,   P.O. Box 660487,   Dallas, TX 75266-0487
13454011       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
                Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 22, 2009.
12757782      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
                assignee Avenus/World Financial Network,   PO Box 2036,   Warren, MI 48090-2036
12757791       E-mail/Text: JPF-EBN@jpfryelaw.com                            John P. Frye, P.C.,   P.O. Box 13665,
                Roanoke, VA 24036-3665
13528498       E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12757792      +E-mail/Text: tjordan@mcscol.com                            Medical Collection Systems,
                725 S. Wells Ave,   Suite 700,   Chicago, IL 60607-4578
12977603      +E-mail/PDF: rmscedi@recoverycorp.com Jul 22 2009 08:04:25
                Recovery Management Systems Corporation,   For Capital Recovery II,
                As Assignee of WASHINGTON MUTUAL BANK,   25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2009**                    **Signature:**   *Joseph Speetjens*