# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GERTZ, CANDACE § Case No. 08-28978
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00          Assets Exempt: $1,600.00

Total Distribution to Claimants: $14,362.57     Claims Discharged
                                                Without Payment: $72.00

Total Expenses of Administration: $6,769.07

3) Total gross receipts of $ 27,515.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,383.85 (see **Exhibit 2**), yielded net receipts of $21,131.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,769.07 | 6,769.07 | 6,769.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,631.00 | 14,362.57 | 14,362.57 | 14,362.57 |
| **TOTAL DISBURSEMENTS** | $11,631.00 | $21,131.64 | $21,131.64 | $21,131.64 |

4) This case was originally filed under Chapter 7 on October 27, 2008.
. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2009          By: /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE | 1222-000 | 27,506.60 |
| Interest Income | 1270-000 | 8.89 |
| **TOTAL GROSS RECEIPTS** | | **$27,515.49** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Candace Gertz | | 8200-002 | 6,383.85 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,383.85** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,862.54 | 2,862.54 | 2,862.54 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 3,807.50 | 3,807.50 | 3,807.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 75.00 | 75.00 | 75.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 24.03 | 24.03 | 24.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,769.07 | 6,769.07 | 6,769.07 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Asset Acceptance LLC | 7100-000 | N/A | 51.77 | 51.77 | 51.77 |
| Asset Acceptance LLC | 7990-000 | N/A | 2.90 | 2.90 | 2.90 |
| Asset Acceptance LLC | 7100-000 | 544.00 | 599.42 | 599.42 | 599.42 |
| Asset Acceptance LLC | 7990-000 | N/A | 33.55 | 33.55 | 33.55 |
| PYOD, LLC its successors and assigns as assignee | 7100-000 | 582.00 | 666.79 | 666.79 | 666.79 |
| PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 37.32 | 37.32 | 37.32 |
| Recovery Management Systems Corporation | 7100-000 | 3,491.00 | 3,490.65 | 3,490.65 | 3,490.65 |
| Recovery Management Systems Corporation | 7990-000 | N/A | 195.38 | 195.38 | 195.38 |
| CHASE BANK USA | 7100-000 | 963.00 | 923.09 | 923.09 | 923.09 |
| CHASE BANK USA | 7990-000 | N/A | 51.67 | 51.67 | 51.67 |
| SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | 7100-000 | 392.00 | 467.74 | 467.74 | 467.74 |
| SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | 7990-000 | N/A | 26.18 | 26.18 | 26.18 |
| eCAST Settlement Corporation assignee of | 7100-000 | 598.00 | 597.77 | 597.77 | 597.77 |
| eCAST Settlement Corporation assignee of | 7990-000 | N/A | 33.46 | 33.46 | 33.46 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,637.00 | 2,128.98 | 2,128.98 | 2,128.98 |
| CAPITAL ONE BANK (USA), N.A. | 7990-000 | N/A | 119.16 | 119.16 | 119.16 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,700.00 | 2,526.05 | 2,526.05 | 2,526.05 |
| CAPITAL ONE BANK (USA), N.A. | 7990-000 | N/A | 141.39 | 141.39 | 141.39 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 674.00 | 1,136.36 | 1,136.36 | 1,136.36 |
| CAPITAL ONE BANK (USA), N.A. | 7990-000 | N/A | 63.61 | 63.61 | 63.61 |
| LVNV Funding LLC | 7100-000 | 978.00 | 1,012.65 | 1,012.65 | 1,012.65 |
| LVNV Funding LLC | 7990-000 | N/A | 56.68 | 56.68 | 56.68 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| JOHN P. FRYE, P.C. - NOTICE ONLY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| MEDICAL COLLECTION SYSTEMS | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NATIONAL ENTERPRISE SYSTEM - NOTICE ONLY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| VCS - NOTICE ONLY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Medical Collection Systems | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| UNITED RECOVER SERVICE - NOTICE ONLY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| UNTED RECOVER SERVICE - NOTICE ONLY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 11,631.00 | 14,362.57 | 14,362.57 | 14,362.57 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-28978  
**Case Name:** GERTZ, CANDACE  

**Period Ending:** 12/02/09

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/27/08 (f)  
**§341(a) Meeting Date:** 12/01/08  
**Claims Bar Date:** 03/16/09

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>Chase Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>Miscellanous Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL AND JEWELRY<br>Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 4 | INHERITANCE  (u) | Unknown | N/A | | 27,506.60 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.89 | Unknown |
| 5 | Assets   Totals (Excluding unknown values) | **$1,600.00** | **$0.00** | | **$27,515.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE IS COLLECTING ON AN INHERITENCE WHILE THERE ARE OTHER PORTIONS OF THE INHERITANCE THAT MAY BE COLLECTIBLE, THE TRUSTEE BELIEVES SHE HAS COLLECTED SUFFICIENT FUNDS FOR A 100% DISTRIBUTION.  SHE SENT OUT A CLAIMS BAR DATE NOTICE AND THE BAR DATE IS MARCH 16, 2009.  SHE WILL DETERMINE THE REMINDER OF HER ADMINISTRATION BASED ON THE CLAIMS FILED.

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**

Printed: 12/02/2009 02:03 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-28978  
**Case Name:** GERTZ, CANDACE  

**Taxpayer ID #:** 35-6800116  
**Period Ending:** 12/02/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*13-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/08 | {4} | Henry A Feldman Trust | RECOVERY OF INHERITENCE | 1222-000 | 27,506.60 | | 27,506.60 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 27,506.63 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,507.75 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 27,508.79 |
| 03/04/09 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #08-28978 | 2300-000 | | 24.03 | 27,484.76 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 27,485.95 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,487.07 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,488.15 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 27,489.34 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 27,490.49 |
| 08/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.97 | | 27,491.46 |
| 08/27/09 | | To Account #\*\*\*\*\*\*\*\*1366 | TRANSFER TO CHECKING | 9999-000 | | 27,491.46 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 27,515.49 | 27,515.49   $0.00 |
| Less: Bank Transfers | 0.00 | 27,491.46 |
| **Subtotal** | 27,515.49 | 24.03 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$27,515.49** | **$24.03** |

{} Asset reference(s)

Printed: 12/02/2009 02:03 PM    V.11.53

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 08-28978 | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Case Name:** GERTZ, CANDACE | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****13-66 - Checking Account |
| **Taxpayer ID #:** 35-6800116 | **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Period Ending:** 12/02/09 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/09 | | From Account #********1365 | TRANSFER TO CHECKING | 9999-000 | 27,491.46 | | 27,491.46 |
| 08/31/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,862.54, Trustee Compensation;  Reference: | 2100-000 | | 2,862.54 | 24,628.92 |
| 08/31/09 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,807.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,807.50 | 20,821.42 |
| 08/31/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $75.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 75.00 | 20,746.42 |
| 08/31/09 | 104 | Asset Acceptance LLC | Dividend paid 100.00% on $51.77; Claim# 1; Filed: $51.77; Reference: | 7100-000 | | 51.77 | 20,694.65 |
| 08/31/09 | 105 | Asset Acceptance LLC | Dividend paid 100.00% on $599.42; Claim# 2; Filed: $599.42; Reference: | 7100-000 | | 599.42 | 20,095.23 |
| 08/31/09 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $666.79; Claim# 3; Filed: $666.79; Reference: | 7100-000 | | 666.79 | 19,428.44 |
| 08/31/09 | 107 | Recovery Management Systems Corporation | Dividend paid 100.00% on $3,490.65; Claim# 4; Filed: $3,490.65; Reference: | 7100-000 | | 3,490.65 | 15,937.79 |
| 08/31/09 | 108 | CHASE BANK USA | Dividend paid 100.00% on $923.09; Claim# 5; Filed: $923.09; Reference: | 7100-000 | | 923.09 | 15,014.70 |
| 08/31/09 | 109 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 100.00% on $467.74; Claim# 6; Filed: $467.74; Reference: | 7100-000 | | 467.74 | 14,546.96 |
| 08/31/09 | 110 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $597.77; Claim# 7; Filed: $597.77; Reference: | 7100-000 | | 597.77 | 13,949.19 |
| 08/31/09 | 111 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $2,128.98; Claim# 8; Filed: $2,128.98; Reference: | 7100-000 | | 2,128.98 | 11,820.21 |
| 08/31/09 | 112 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $2,526.05; Claim# 9; Filed: $2,526.05; Reference: | 7100-000 | | 2,526.05 | 9,294.16 |
| 08/31/09 | 113 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $1,136.36; Claim# 10; Filed: $1,136.36; Reference: | 7100-000 | | 1,136.36 | 8,157.80 |
| 08/31/09 | 114 | LVNV Funding LLC | Dividend paid 100.00% on $1,012.65; Claim# 11; Filed: $1,012.65; Reference: | 7100-000 | | 1,012.65 | 7,145.15 |
| 08/31/09 | 115 | Asset Acceptance LLC | Dividend paid 100.00% on $33.55; Claim# 2I; Filed: $33.55; Reference: | 7990-000 | | 33.55 | 7,111.60 |
| 08/31/09 | 116 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $37.32; Claim# 3I; Filed: $37.32; Reference: | 7990-000 | | 37.32 | 7,074.28 |
| 08/31/09 | 117 | Recovery Management Systems Corporation | Dividend paid 100.00% on $195.38; Claim# 4I; Filed: $195.38; Reference: | 7990-000 | | 195.38 | 6,878.90 |
| 08/31/09 | 118 | CHASE BANK USA | Dividend paid 100.00% on $51.67; Claim# 5I; Filed: $51.67; Reference: | 7990-000 | | 51.67 | 6,827.23 |
| 08/31/09 | 119 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES | Dividend paid 100.00% on $26.18; Claim# 6I; Filed: $26.18; Reference: | 7990-000 | | 26.18 | 6,801.05 |

Subtotals :   $27,491.46   $20,690.41

{} Asset reference(s)                                                                     Printed: 12/02/2009 02:03 PM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-28978 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GERTZ, CANDACE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 35-6800116 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 12/02/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | 120 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $33.46; Claim# 7I; Filed: $33.46; Reference: | 7990-000 | | 33.46 | 6,767.59 |
| 08/31/09 | 121 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $119.16; Claim# 8I; Filed: $119.16; Reference: | 7990-000 | | 119.16 | 6,648.43 |
| 08/31/09 | 122 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $141.39; Claim# 9I; Filed: $141.39; Reference: | 7990-000 | | 141.39 | 6,507.04 |
| 08/31/09 | 123 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $63.61; Claim# 10I; Filed: $63.61; Reference: | 7990-000 | | 63.61 | 6,443.43 |
| 08/31/09 | 124 | LVNV Funding LLC | Dividend paid 100.00% on $56.68; Claim# 11I; Filed: $56.68; Reference: | 7990-000 | | 56.68 | 6,386.75 |
| 08/31/09 | 125 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7990-000 | | 2.90 | 6,383.85 |
| 08/31/09 | 126 | Candace Gertz | | 8200-002 | | 6,383.85 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 27,491.46 | 27,491.46 | $0.00 |
| Less: Bank Transfers | 27,491.46 | 0.00 | |
| **Subtotal** | 0.00 | 27,491.46 | |
| Less: Payments to Debtors | | 6,383.85 | |
| **NET Receipts / Disbursements** | **$0.00** | **$21,107.61** | |

| | |
|---|---|
| Net Receipts : | 27,515.49 |
| Less Payments to Debtor : | 6,383.85 |
| Net Estate : | $21,131.64 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****13-65 | 27,515.49 | 24.03 | 0.00 |
| Checking # ***-*****13-66 | 0.00 | 21,107.61 | 0.00 |
| | $27,515.49 | $21,131.64 | $0.00 |

{} Asset reference(s)   Printed: 12/02/2009 02:03 PM    V.11.53